# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2608
_____

JUAN G. FUENTES-GONZALEZ,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

October 28, 2019

PER CURIAM.

The petition for belated appeal is denied on the merits. *See Peterson v. State*, 746 So. 2d 1208 (Fla. 1st DCA 1999).

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Juan G. Fuentes-Gonzalez, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.